# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ANASTASIA CHIHAI,<br>*Plaintiff*<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, JPMORGAN CHASE BANK, N.A.,<br>*Defendants*. | CASE NO. 1:25-CV-00770-ADA-DH |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 28. The report recommends that this Court GRANT JPMorgan Chase Bank, N.A.'s ("Chase") motion to set aside the entry of default. *Id* at 5. The report was filed on August 20, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 28) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Chase's unopposed motion to vacate clerk's default (Dkt. 25) is hereby **GRANTED.**

**SIGNED** this 13th day of January, 2026.

	ALAN D ALBRIGHT
	UNITED STATES DISTRICT JUDGE